# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0103.  DEXTER LAVILE NEW v. THE STATE.**

After Dexter Lavile New was convicted of rape and other offenses, he filed a motion for new trial and a motion to modify his sentence.  On June 10, 2014, the trial court denied New's motions.  On October 16, 2014, New filed this application for discretionary appeal.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  New filed his application 128 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

We note, however, that New may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This application has been dismissed as untimely.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to New and to New's attorney, if applicable, and the latter is also directed to send a copy to New.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,*___11/17/2014___

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*